UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAMPSON LEE SMITH #240397,

    Plaintiff,

Case No. 2:17-CV-157

v.

HON. GORDON J. QUIST

D. KURTH, et al.,

    Defendants.
    _____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Maarten Vermaat's June 27, 2019, Report and Recommendation recommending that the Court deny Defendants Kurth and Vandershake's motion for summary judgment. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS HEREBY ORDERED** that the June 27, 2019, Report and Recommendation (ECF No. 26) is approved and adopted as the Opinion of the Court. Defendants' motion for summary judgment (ECF No. 15) is **DENIED**.


Dated: July 30, 2019
                                                              /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE